IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HANCOCK WHITNEY BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00565-P |
| | § | |
| AMZ OFFICE HOLDINGS, LLC et al., | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 20):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **2nd day** of **September, 2021.**

*[Signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE